FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES      Mar 18, 2026

**CASE NAME:** DAVID ROJO                          CASE NO.     4:26-CR-6011-RLP-1

TOTAL # OF COUNTS: 1      ☑ FELONY      ☐ MISDEMEANOR      ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of Ammunition | CAG not more than 15 years; up to a $250,000 fine; up to 3 years supervised release; a $100 special penalty assessment |
|  | 18 U.S.C. § 924(d)(1) 28 U.S.C. § 2461(c) | Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |