PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2026

SEAN F. McAVOY, CLERK

ECF No. 23

U.S.A. vs.                     Rojo, David                     Docket No.     0980 4:26CR06011-RLP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  SanJuanita B. Coronado, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, David Rojo, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 7th day of April 2026 (ECF 15), and a consent to modify conditions of release (ECF 18), was signed and approved by the Court on the 17th day of April 2026,  under the following conditions:

**Special Condition #5 (ECF 18)**: Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

**Special Condition #6 (ECF 18)**: Defendant shall not use or possess any alcohol. Defendant shall not go to any establishment where alcohol is the primary item of sale.

**Special Condition #7 (ECF 18)**: Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office.  Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program.  It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 9, 2026, a probation officer met with the defendant and conditions of release were reviewed with Mr. Rojo. He signed a copy and verbalized an understanding of the conditions. Mr. Rojo was also provided a copy of the signed document.

On April 15, 2026, a probation officer and the defendant signed the consent to modify conditions of release. Mr. Rojo's legal counsel and the Court concurred and signed the same document on April 17, 2026, indicating the modification of conditions of release to be effective on April 20, 2026.

**Violation #1**: Mr. Rojo is alleged to have violated his conditions of release by failing to submit to random urinalysis testing as required on or about May 11, 2026.

On April 21, 2026, Mr. Rojo reported to the U.S. probation office.  At that time he was referred to Life Renewal for a substance abuse evaluation and he was placed on the random drug testing color line.  He was required to call the color line Monday through Friday and report for a drug test when the color blue was called.

On May 12, 2026, Life Renewal advised probation that Mr. Rojo was a no show/no call for a drug test on May 11, 2026, when the color blue was called.

**Violation #2**: Mr. Rojo is alleged to have violated his conditions of release by failing to submit to a substance abuse evaluation on or about May 11, 2026.

**PS-8**
**Re: Rojo, David**
**May 13, 2026**
**Page 2**

As noted in violation #1, on April 21, 2026, Mr. Rojo was referred to Life Renewal to obtain a substance abuse evaluation. He notified probation by phone on April 27, 2026, and again on May 6, 2026, that his evaluation appointment was set for May 11, 2026, at 1 p.m.

On May 11, 2026, at 2:46 p.m., Life Renewal staff emailed probation to advise that Mr. Rojo was a no call/no show for his appointment. The undersigned attempted to contact the defendant by phone without success. The undersigned then contacted Mr. Rojo via his mother's cell phone at approximately 3 p.m., and he had been asleep. He stated he thought his appointment was on May 12, 2026. He was instructed to contact Life Renewal on this same date to reschedule his evaluation appointment, and he was to call the undersigned back with the new appointment date. Mr. Rojo failed to contact the undersigned thereafter, and on May 12, 2026, the undersigned confirmed with Life Renewal that Mr. Rojo did not contact them to reschedule his appointment.

**Violation #3**: Mr. Rojo is alleged to have violated his conditions of release by consuming alcohol on or about May 11, 2026.

Mr. Rojo is also on supervision with the Washington State Department of Corrections (DOC). His supervising community corrections officer (CCO), contacted the undersigned at around 5 p.m., and advised a warrant was being issued as Mr. Rojo, had failed to report to DOC to submit a drug test on May 11, 2026.

On May 12, 2026, the CCO advised the undersigned that Mr. Rojo was arrested by a Kennewick Police Department officer on May 11, 2026, after Mr. Rojo's brother, who was aware of the warrant, called dispatch later that same evening, to notify that Mr. Rojo was at his residence, had consumed alcohol and was intoxicated. Mr. Rojo was booked into the Benton County Jail that same day at 7:05 p.m. He was then transported to a local hospital to be medically cleared and was returned to the jail at 8:30 p.m.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     May 13, 2026

by    s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

5/13/2026
_____
Date