PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 20, 2026

SEAN F. MCAVOY, CLERK

ECF No. 26

| | | | |
|---|---|---|---|
| U.S.A. vs. | Rojo, David | Docket No. | 0980 4:26CR06011-RLP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  SanJuanita B. Coronado, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, David Rojo, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 7th day of April 2026 (ECF 15), and a consent to modify conditions of release (ECF 18), was signed and approved by the Court on the 17th day of April 2026,  under the following conditions:

**Standard Condition #8 (ECF 15)**: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state  law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On April 9, 2026, a probation officer met with the defendant and conditions of release were reviewed with Mr. Rojo. He signed a copy and verbalized an understanding of the conditions. Mr. Rojo was also provided a copy of the signed document.

On April 15, 2026, a probation officer and the defendant signed the consent to modify conditions of release. Mr. Rojo's legal counsel and the Court concurred and signed the same document on April 17, 2026, indicating the modification of conditions of release to be effective on April 20, 2026.

**Violation #4**: Mr. Rojo is alleged to have violated his conditions of release by using a controlled substance, cocaine, on or about May 11, 2026.

Mr. Rojo is on supervision with the Washington State Department of Corrections (DOC). His supervising community corrections officer (CCO) advised the undersigned that a DOC warrant would be issued on May 11, 2026, after the defendant failed to appear for a drug test.  Mr. Rojo was subsequently arrested that same day, in the evening, by a Kennewick Police Department officer.

On May 12, 2026, the undersigned was advised that the CCO would be obtaining a drug test from Mr. Rojo while he was at the Benton County Jail.  Mr. Rojo did not submit a urine sample; however, he did admit to the CCO that he had consumed alcohol and cocaine on May 11, 2026.  He signed a drug use admission form noting the reason for use as "I don't know. Relapse." The undersigned received a copy of the admissions form on May 15, 2026.

PRAYING THE COURT WILL INCORPORATE THE ABOVE-NOTED ALLEGATION WITH PENDING ALLEGATIONS PENDING BEFORE THE COURT.

**PS-8**

**Re: Rojo, David**
**May 20, 2026**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: <u>May 20, 2026</u>

by    <u>s/SanJuanita B. Coronado</u>

SanJuanita B. Coronado
Supervisory U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

<u>Alexander C. Ekstrom</u>

Signature of Judicial Officer

<u>5/20/2026</u>

Date