FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID ROJO,

Defendant.

No: 4:26-CR-06011-RLP-1

ORDER ACCEPTING REPORT AND RECOMMENDATION ON GUILTY PLEA AND SETTING SENTENCING SCHEDULE

On July 30, 2026, David Rojo appeared before United States Magistrate Judge Alexander C. Ekstrom and entered a plea of guilty to plea of guilty to Count One of the Indictment, ECF No. 1, which charges Defendant with Felon in Possession of Ammunition in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8). Mr. Rojo executed a written waiver of the right to enter his plea of guilty before the presiding United States District Judge and a written consent to proceed before a United States Magistrate Judge. ECF No. 45. Mr. Rojo was represented by attorney Juliana Van Wingerden of the Federal Defenders of Eastern Washington and

Idaho; Assistant United States Attorney Brandon Pang represented the United States.

United States Magistrate Judge Ekstrom filed a Report and Recommendation on July 31, 2026, ECF No. 46, finding that Defendant is fully competent and capable of entering an informed plea, that Defendant is aware of the nature of the charges and consequences of the plea, and that the plea of guilty is knowing, voluntary, is not induced by fear, coercion, or ignorance, and is supported by an independent basis in fact establishing each of the essential elements of the crime.

The Court adopts the Magistrate Judge's Report and Recommendation, ECF No. 46, and accepts Defendant's plea of guilty.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. A sentencing hearing is set as indicated in the Summary of Deadlines below. Absent truly exigent circumstances, the Court will not consider a request for a continuance of sentencing unless: (1) the request is made by written motion, (2) in accordance with LCivR 7, and (3) the motion and supporting declaration are filed at least seven (7) days before the scheduled sentencing hearing.

2. The Defendant shall remain in the custody of the U.S. Marshal's Service pursuant to the detention order in this matter. ECF No. 35. **If a sentence of**

**<u>incarceration is imposed, Defendant shall remain in the custody of the U.S. Marshal's Service.</u>**

3. The United States Probation Office shall prepare a Presentence Investigation Report (PSIR) pursuant to Fed. R. Crim. P. 32(c).

4. Not later than the date indicated in the Summary of Deadlines below, the probation officer shall disclose the Presentence Investigation Report to Defendant, counsel for Defendant, and the Government. Disclosure of the Presentence Investigation Report shall be subject to the limitations imposed by Rule 32 of the Federal Rules of Criminal Procedure.

5. Not later than the date indicated in the Summary of Deadlines below, counsel shall communicate in writing to the probation office (and opposing counsel) any objections they may have as to legal and factual errors or omissions; sentencing classifications; sentencing guideline ranges; and policy statements contained in or omitted from the report. The probation officer shall conduct such additional investigation as is necessary to assess the merits of the objection.

6. The probation officer shall submit the final Presentence Investigation Report to the Court by the date indicated in the Summary of Deadlines below. The report shall be accompanied by an addendum setting forth any objections counsel may have made, including those that have not been resolved, together with the officer’s comments and recommendations thereon.

7. Not later than the date indicated in the Summary of Deadlines below, counsel shall file and serve all motions and memoranda pertaining to Defendant's sentence, including departures and variances, and sentencing recommendations. **FAILURE TO FILE AND SERVE SENTENCING MATERIAL, TO INCLUDE MOTIONS OR MEMORANDA FOR UPWARD OR DOWNWARD DEPARTURE AND VARIANCES, BY THIS DATE WILL BE DEEMED A WAIVER OF THE RIGHT TO DO SO.**

8. No later than the date indicated in the Summary of Deadlines below, the opposing party shall file and serve its response limited to no more than seven (7) pages.

9. If either party intends to call witnesses or proffer exhibits at sentencing, witness and exhibit lists must be exchanged by the parties and provided to the Court no later the date indicated in the Summary of Deadlines below. This includes the names of any party who requests to address the Court prior to the imposition of sentence.

10. Any supplements to the parties' memoranda and responses must be filed and served as soon as possible. The parties are further directed to notify the Courtroom deputy of any supplements to their submissions so that they come to the Court's attention prior to sentencing.

11. The public and the press have common law and First Amendment rights to access court proceedings and court documents. The Court recognizes that given the availability of electronic records, certain materials are appropriately filed under seal. However, if a party intends to file materials under seal, the party shall, after considering whether the provisions of Fed. R. Cr. P. 49.1 provide sufficient privacy protection, file a motion to seal applying the Ninth Circuit's methodology as set forth in *United States v. Doe*, 870 F.3d 991 (9th Cir. 2017). No motion to seal is necessary if the materials contain the names of cooperating witnesses or unindicted co-conspirators or reveal ongoing investigations, such materials may be filed under seal without leave of the Court.

12. Sentencings shall be scheduled for a total of 30 minutes. If counsel believes that the sentencing hearing will last longer than 30 minutes, counsel shall notify Chambers by the date set forth in the chart below to ensure that sufficient time is scheduled.

13. All pending motions are **DENIED as moot** and all pending hearing and trial dates, including the pretrial conference scheduled for September 9, 2026, are **STRICKEN** from the Court's calendar.

14. The District Court Executive is authorized to accept Defendant's payment(s) toward the Special Penalty Assessment.

SUMMARY OF DEADLINES

| | |
|---|---|
| Draft PSR disclosed: | **October 7, 2026** |
| PSR Objections: | **October 21, 2026.** |
| **Final PSR filed:** | **November 4, 2026** |
| **Sentencing Motions & Memoranda filed:**<br>Responses filed: | **October 21, 2026**<br>**October 28, 2026**, |
| Deadline to notify Chambers if sentencing will require more than 30 minutes: | **November 11, 2026**. |
| Witness Lists/Exhibit Lists filed: | **November 11, 2026**. |
| **SENTENCING HEARING** | **November 18, 2026, at 2:00 p.m.**, in Richland. |

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

**DATED** August 17, 2026.

REBECCA L. PENNELL
United States District Judge